**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Civil Action
No: **12-cv-10161-WGY**

**DEMELO et al**
**Plaintiff**

v.

**U.S. BANK NATIONAL ASSOCIATION**
**Defendant**

**JUDGMENT**

This action came before the Court for a ruling on Defendant's Motion for Summary Judgment.  The issues have been heard and the Court Orders the Motion for Summary Judgment is Allowed.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANT**

**U.S. Bank National Association**

**Sarah A. Thornton**

**Clerk**

**/s/ Jennifer Gaudet**
**Deputy Clerk**

**November 9, 2012**
**To: All Counsel**